No. 334. Penn *v.* Grant, Trustee in Bankruptcy. C. A. 9th Cir. Certiorari denied. *Jerome A. Reiner* for petitioner.

No. 353. Seagram-Distillers Corp. *v.* New Cut Rate Liquors, Inc., et al. C. A. 7th Cir. Certiorari denied. *Frank D. Mayer, Louis A. Kohn* and *Robert L. Stern* for petitioner. *S. G. Lippman* for respondents.

No. 357. Rosenberg Bros. & Co., Inc., *v.* Commodity Credit Corp. C. A. 9th Cir. Certiorari denied. *Lloyd W. Dinkelspiel* and *Melville Ehrlich* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondent.

No. 359. Martin et al. *v.* S. Birch & Sons et al. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioners. *Edward V. Davis* for respondents.

No. 366. Illinois Central Railroad Co. *v.* Bowman, Conservator. Supreme Court of Illinois. Certiorari denied. *Floyd E. Thompson, Joseph H. Wright, Herbert J. Deany* and *Robert S. Kirby* for petitioner. *James A. Dooley* for respondent.

No. 369. Broker *v.* United States. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.